| | |
|---|---|
| KATE WELLS, SB# 107051 | **E-Filed 1/4/2011** |
| 2600 Fresno Street | |
| Santa Cruz, California 95062 | |
| Telephone: (831) 479-4475 | |
| Facsimile: (831) 479-4476 | |
| Email: lioness@got.net | |

Attorney for Plaintiff, JOSE LUCAS ESCOBAR-LAINEZ

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUCAS ESCOBAR-LAINEZ, ) | CASE NO.  CV 10 - 02660 JF |
| Plaintiff, ) | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER |
| vs. ) | |
| CITY OF SANTA CRUZ; OFFICER R DALEY; OFFICER HATCHER; SHAWN WILSON; AND TEN UNKNOWN INDIVIDUALS; ) | |
| Defendants. ) | |

The parties, by and through their attorneys of record, hereby agree and stipulate to continue the date for the case management conference in the above referenced matter from January 7, 2011, to March 18, 2011  at 10:30 a.m. in Courtroom 3, 5th Floor of the courthouse at 280 South First Street, San Jose, California 95113.

Good cause exists for the continuance in that the parties have agreed to an early settlement conference with Magistrate Lloyd and said conference has been calendared for February 24, 2011.   Furthermore, Counsel for defendant Shawn Wilson has already reserved the date of March 18, 2011, for hearing on his Summary Judgment Motion which is yet to be filed.

///

///

1    **IT IS SO STIPULATED**:

3                                              LAW OFFICE OF KATE WELLS

6    Dated: January 3, 2011            By:  _____/s/_____
7                                            KATE WELLS
                                              Attorney for Plaintiff,
8                                            JOSE LUCAS ESCOBAR-LAINEZ

10                                           KAMALA HARRIS
                                             Attorney General of California

13   Dated: January  3 , 2011   By:   _____/s/_____
                                             TROY OVERTON
14                                           Deputy Attorney General
                                             Attorneys for Defendant California State Park
15                                           Ranger SHAWN WILSON

17
                                             ATCHISON, BARISONE, CONDOTTI &
18                                           KOVACEVICH

21   Dated: January  3 , 2011   By:   _____/s/_____
                                             GEORGE J. KOVACEVICH
22                                           Attorneys for Defendants, CITY OF SANTA CRUZ
                                             and OFFICER HATCHER
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER
*Escobar-Lainez v. City of Santa Cruz, et al.* Case No. CV 10 - 02660 JF            2

**ORDER (BY STIPULATION)**

GOOD CAUSE APPEARING THEREFOR it is hereby ordered that

The date for the case management conference is continued from January 7, 2011 to March 18, 2011, at 10:30 a.m.

Dated: 1/4/2011

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE