KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
DANIEL B. ALWEISS
Deputy Attorney General
State Bar No. 191560
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1276
  Fax:  (415) 703-5480
  E-mail:  Daniel.Alweiss@doj.ca.gov
*Attorneys for Defendant Shawn Wilson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUCAS ESCOBAR-LAINEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF SANTA CRUZ; OFFICER R. DALEY; OFFICER HATCHER; SHAWN WILSON; AND TEN UNKNOWN INDIVIDUALS<br><br>                    Defendants. | Case No. C-10-02660-JF<br><br>**STIPULATION AND ORDER AS TO CLAIM AGAINST DEFENDANT SHAWN WILSON**<br><br>Judge:      Hon. Jeremy Fogel<br><br>Action Filed:  June 17, 2010 |

## STIPULATION

IT IS HEREBY AGREED that Plaintiff Jose Lucas Escobar-Lainez (Escobar) is not asserting a claim against Defendant Shawn Wilson (Wilson) under the Fourth Amendment of the United States Constitution for failure to intervene to protect him from the excessive force of another. Any and all other claims against Wilson under the Fourth Amendment remain intact.

///

Accordingly, the following sentence of "[a]dditionally, defendants failed and refused to intervene to protect plaintiff from the excessive force of their fellow officers even though they had the opportunity to protect the plaintiff," located on lines 15 to 17 on page 4, of Escobar's First Amended Complaint, is hereby stricken as to Wilson only.

LAW OFFICE OF KATHLEEN E. WELLS

Dated: May 24, 2011

/s/
Kathleen E. Wells
Attorney for Plaintiff Berry Lynn Adams

Dated: May 18, 2011

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General

/s/ Daniel B. Alweiss

DANIEL B. ALWEISS
Deputy Attorney General
*Attorneys for Defendant Shawn Wilson*

IT IS SO ORDERED

Dated: 6/8/11

Honorable Jeremy Fogel
Judge of United States District Court