UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUCAS ESCOBAR-LAINEZ,<br><br>               Plaintiff,<br>     v.<br><br>CITY OF SANTA CRUZ; OFFICER R. DALEY; OFFICER HATCHER; SHAWN WILSON; AND TEN UNKNOWN INDIVIDUALS,<br><br>               Defendants. | Case No.: 10-CV-02660-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for February 29, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Friday, February 24, 2012, at 6:00 p.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: February 24, 2012

                                          _Lucy H. Koh_
                                          LUCY H. KOH
                                          United States District Judge